SHOHAM J. SOLOUKI, Bar No. 278538
shoham@soloukisavoy.com
SOLOUKI SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, CA 90012
Telephone: 213.814.4945

Attorneys for Plaintiff
GEORGE MCCULLOUGH

SARAH E. ROSS, Bar No. 252206
sross@littler.com
MIRANDA A. MOSSAVAR, Bar No. 279251
mmossavar@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583

Attorneys for Defendant
FIRST TRANSIT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MCCULLOUGH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC., a Delaware Corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:16-cv-06239-R-JPR<br><br>ASSIGNED TO JUDGE MANUEL L. REAL<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)]**<br><br>Complaint Filed: July 12, 2016<br>Trial Date: June 27, 2017 |

ORDER GRANTING JOINT STIPULATION DISMISSING WITH PREJUDICE

Plaintiff, George McCullough ("Plaintiff") and Defendant First Transit, Inc. ("Defendant") (collectively, the "Parties"), submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: May 11, 2017

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Firmwide:147030712.1 070993.1099

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308